KYO/MWS USAO#2020R00607
cjr:11-30-2020

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 DEC 10 PM 2: 24

AT BALTIMORE

BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. ELH-20-0448 |
| v. | : |
| | : (Distribution of Controlled |
| ROBERT ALLEN VALLADARES, | : Substances Resulting in Death, 21 |
| | : U.S.C. §841; Possession With Intent |
| Defendant. | : to Distribute Controlled Substances, |
| | : 21 U.S.C. §841; Forfeiture |
| | : Allegations, 21 U.S.C. § 853, 28 U.S.C. |
| | : §2461(c)) |

## INDICTMENT
## COUNT ONE
### Distribution of a Controlled Substance Resulting in Death

The Grand Jury for the District of Maryland charges that:

On or about February 7, 2020, in the District of Maryland, the defendant,

**ROBERT ALLEN VALLADARES,**

did knowingly, unlawfully and intentionally distribute a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, a detectable amount of 4-Anilino-N-phenethyl-4-piperidine (ANPP), also known as despropionyl fentanyl, a Schedule II controlled substance, a detectable amount of acryl fentanyl, a Schedule I controlled substance, a detectable amount of methamphetamine, a Schedule II controlled substance, and death resulted from the use of said substances, in violation of Title 21, United States Code, Section 841.

21 U.S.C. § 841(a)(1)

1

## COUNT TWO
**Possession With Intent to Distribute Controlled Substances**

The Grand Jury for the District of Maryland further charges that:

On or about February 13, 2020, in the District of Maryland, the defendant,

### ROBERT ALLEN VALLADARES,

did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)piperidin-4-yl] propanamide, also known as fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841 (a)(1)
21 U.S.C. § 841 (b)(1)(C)

## COUNT THREE
**Possession With Intent to Distribute Controlled Substances**

The Grand Jury for the District of Maryland charges that:

On or about May 19, 2020, in the District of Maryland, the defendant,

### ROBERT ALLEN VALLADARES,

did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)piperidin-4-yl] propanamide, also known as fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841 (a)(1)
21 U.S.C. § 841 (b)(1)(C)

## FORFEITURE

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853(a) and 28 U.S.C. § 2461(c), as a result of the defendants' convictions.

### Narcotics Forfeiture

2. Pursuant to Title 21, United States Code, Section 853(a) upon conviction of an offense in violation of the Controlled Substances Act, as alleged in the Narcotics Count(s), the defendant, convicted of such offense(s) shall forfeit to the United States of America:

    a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s); and,

    b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such offense(s).

### Substitute Assets

3. Pursuant to Title 21, United States Code Section 853(p), if any of the property described above as being subject to forfeiture, as a result of any act or omission by the defendant(s):

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

e. has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States to seek forfeiture of any other property of the defendant(s) up to the value of the forfeitable property described in the paragraphs above.

**Property Subject to Forfeiture**

4. The property subject to forfeiture includes but is not limited to:

a. Approximately $239 in U.S. Currency seized on May 19, 2020.

1 U.S.C. § 853
28 U.S.C. § 2461

*Robert K. Hur/kyo*
ROBERT K. HUR
UNITED STATES ATTORNEY

A TRUE BILL:

12/10/2020
Date

Foreperson